IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ANTHONY BERNARD RICHARDSON,<br><br>　　　　　Defendant. | 4:15CR3115<br><br>**RELEASE ORDER** |

The defendant is released subject to the following:

1) The defendant shall appear at his revocation hearing scheduled for March 14, 2024 at 9:30 a.m. before the Honorable Senior Judge John M. Gerrard, in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

December 7, 2023.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Cheryl R. Zwart
　　　　　　　　　　　　　　　　　　United States Magistrate Judge