IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ANTHONY BERNARD RICHARDSON,<br><br>                Defendant. | 4:15CR3115<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion to review the conditions of supervised release, (Filing No. 152), is granted.

2) Defendant shall comply with all terms and conditions of supervised release except as follows:

> Defendant shall be released to reside at The Arch, Omaha, Nebraska and participate in that facility's treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) Defendant shall arrive at The Arch, Omaha, Nebraska by 10:00 a.m. on November 18, 2025. The Marshal shall release Defendant to Tonya James on November 18, 2025 at 8:00 a.m. for timely transport to the facility.

Dated this 13th day of November, 2025.

BY THE COURT:
*s/ Jacqueline M. DeLuca*
United States Magistrate Judge